IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **DON PURIFOY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | **5:05-cv-110-UWC** |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On February 18, 2005 the Magistrate Judge's Report and Recommendation ("R&R) was filed. (Doc. 5.)  No objections have been filed by either the plaintiff or defendants pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* the materials in the court file, including the R&R, the magistrate judge's report is hereby ADOPTED and the recommendation is ACCEPTED.  The petition for writ of *habeas corpus* is accordingly due to be dismissed.

An order dismissing Petitioner's writ of *habeas corpus* will be entered.

Done this 23rd day of March, 2005.

_____
U.W. Clemon
Chief United States District Judge